McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
       Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and KIM ULRING, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JAMES A. SANTOS,<br><br>Respondent. | 2:08-mc-00068-LKK-GGH<br><br>**MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT**<br><br>Taxpayer: JAMES A. SANTOS |

This matter came before me on September 25, 2008, under the Order to Show Cause filed May 22, 2008, which, with the verified petition and exhibits, was personally served on respondent on June 9, 2008, according to Fed. R. Civ. P. 4(e).  Caroline A. Newman appeared for petitioners, and petitioning Revenue Officer Kim Ulring was present.  Respondent did not file an opposition and did not appear at the hearing.

The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce an administrative summons (Exhibit A to the petition) in aid of Revenue Officer Ulring's investigation for determine of financial information for the collection of assessed tax liabilities for Employer's Quarterly Federal tax returns for the tax periods ending March 31, 2007, June 30, 2007 and September 30, 2007.  Subject

matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is found to be proper. Authorization for the action is under I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.). The Order to Show Cause shifted to respondent the burden of rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

I have reviewed the petition and documents in support. Based on the uncontroverted verification of Revenue Officer Ulring and the entire record, I make the following findings:

(1) The summons issued by Revenue Officer Kim Ulring to respondent James A. Santos on March 13, 2008, seeking testimony and production of documents and records in respondent's possession, was issued in good faith and for a legitimate purpose under I.R.C. § 7602, that is, to determine financial information for the collection of assessed tax liabilities for Employer's Quarterly Federal tax returns for the tax periods ending March 31, 2007, June 30, 2007 and September 30, 2007.

(2) The information sought is relevant to that purpose.

(3) The information sought is not already in the possession of the Internal Revenue Service.

(4) The administrative steps required by the Internal Revenue Code have been followed.

(5) There is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.

(6) The verified petition and its exhibits made a prima facie showing of satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

(7) The burden shifted to respondent, James A. Santos, to rebut that prima facie showing.

(8) Respondent presented no argument or evidence to rebut the prima facie showing.

I therefore recommend that the IRS summonses issued to respondent, James A. Santos, be enforced, and that respondent be ordered to appear at the I.R.S. offices at 4330

1 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Kim Ulring or her
2 designated representative, on the twenty-first day after the filing date of the summons
3 enforcement order, or at a later date and time to be set in writing by the Revenue Officer,
4 then and there to be sworn, to give testimony, and to produce for examining and copying
5 the books, checks, records, papers and other data demanded by the summons, the
6 examination to continue from day to day until completed.

7     These findings and recommendations are submitted to the United States District
8 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C)
9 and Rule 72-304 of the Local Rules of the United States District Court for the Eastern
10 District of California.  Within ten (10) days after being served with these findings and
11 recommendations, any party may file written objections with the court and serve a copy
12 on all parties.  Such a document should be titled "Objections to Magistrate Judge's
13 Findings and Recommendations."  Any reply to the objections shall be served and filed
14 within ten (10) days after service of the objections.  The District Judge will then review
15 these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are
16 advised that failure to file objections within the specified time may waive the right to
17 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18     The Clerk shall serve this order and future orders to Mr. James Santos, 8241
19 Ardennes Drive, Sacramento, California, 95829.

20     It is SO ORDERED.

21 DATED: 10/01/08                    /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE
22
santos.fr