```
McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
       Western.Taxcivil@usdoj.gov
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and KIM ULRING, Revenue Officer, Internal Revenue Service, <br><br> Petitioners, <br><br> v. <br><br> JAMES A. SANTOS, <br><br> Respondent. | 2:08-mc-00068-LKK-GGH <br><br> **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** <br><br> Taxpayer: JAMES A. SANTOS <br><br> Date: Thursday, February 5, 2009 <br> Time: 10:00 a.m. <br> Ctrm: Hon. Gregory G. Hollows <br>        (Crtrm. # 24, 8th Floor) |

Upon the petition of McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer KIM ULRING, it is hereby:

ORDERED that the Respondent, JAMES A. SANTOS, appear before United States Magistrate Judge Gregory G. Hollows, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Thursday, February 5, 2009, at 10:00 a.m., and that respondent show cause as follows:

1. Why respondent, JAMES A. SANTOS, should not be held in civil contempt of this Court for his failure to comply with the Order filed on November 12, 2008, directing respondent to comply with the I.R.S. Summons issued on March 13, 2008.

[PROPOSED] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT    Page 1

    2. Why the respondent should not incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

    IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed December 17, 2008.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

    Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

    The Clerk shall serve copies of this Order on the respondent and the United States Attorney.

    It is SO ORDERED.

DATED: <u>December 23, 2008</u>


                                                   /s/ Gregory G. Hollows
                                                 UNTIED STATES MAGISTRATE JUDGE

santos68.ord