LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
       Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and KIM ULRING, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JAMES A. SANTOS,<br><br>Respondent. | 2:08-mc-00068-LKK-GGH<br>**AMENDED MAGISTRATE JUDGE'S CERTIFICATION OF FACTS AND ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT UNDER 28 U.S.C. § 636(e)(6)(B)**<br><br>Taxpayer: JAMES A. SANTOS<br><br>Date: May 4, 2009<br>Time: 10:00 a.m.<br>Ctrm: Hon. Lawrence K. Karlton<br>     (Crtrm. # 4, 15th Floor) |

This case came before me on February 5, 2009, on my Order to Show Cause filed December 23, 2008.  Caroline A. Newman appeared for petitioners, accompanied by petitioner Kim Ulring.  There was no appearance by or for respondent, James A. Santos.

CERTIFICATION OF FACTS

I hereby certify, under 28 U.S.C. § 636(e)(6)(B)(iii) and (B) foll. (iii), as follows:

1.  By petition filed May 19, 2008, the United States and Revenue Officer Kim Ulring initiated these proceedings to enforce an IRS summons issued March 13, 2008, for tax collection.

2.  The Court issued an Order to Show Cause Re: Tax Summons Enforcement, which was filed May 22, 2008. The Order to Show Cause provided that if the respondent had any defense or opposition to the petition, he must file written opposition, and that only those issues brought into controversy by the responsive pleadings and supported by affidavit would be considered.

3.  Respondent, James A. Santos, was personally served with the petition and order to show cause on June 9, 2008.

4.  Because respondent Santos filed no written opposition to summons enforcement, the matter was submitted on the papers and the Court issued Findings and Recommendations Re: I.R.S. Summons Enforcement, filed October 2, 2008.

5.  Upon the findings and recommendations, Judge Karlton issued a final summons enforcement Order, filed November 12, 2008, ordering respondent Santos to comply with the summons.

6.  A copy of the summons and summons enforcement Order was mailed to the respondent Santos by the Clerk of the Court on November 12, 2008.

7.  Thereafter, by letter dated November 14, 2008, petitioner Ulring set an appointment for respondent Santos to appear before her on December 3, 2008, to comply with the summons.

8.  Respondent Santos failed to appear before Revenue Officer Ulring. His failure to comply with the summons enforcement Order filed November 12, 2008, continues to the present.

9.  By Order to Show Cause Re: Civil Contempt, filed December 23, 2008, the Court ordered respondent Santos to file a written response regarding contempt, and to

appear before the Court for hearing on February 5, 2009, on pain of contempt.  No response was ever filed, and no appearance was made by respondent Santos.

10.  Respondent, James A. Santos, failed to obey the Order enforcing IRS summons, filed November 12, 2008, by failing to appear and failing to comply with the IRS summons.

11.  Respondent, James A. Santos, failed to obey the Order to Show Cause Re: Civil Contempt, filed December 23, 2008, by failing to respond in writing and failing to appear at the hearing held February 5, 2009.

It is SO CERTIFIED.

This file is accordingly referred to The Honorable Lawrence K. Karlton, United States District Judge, pursuant to 28 U.S.C. 636(e)(6)(B), for trial of the issues of civil contempt and coercive incarceration or other relief.

## ORDER TO SHOW CAUSE

Respondent, James A. Santos, shall appear on May 4, 2009 at 10:00 a.m., before United States District Judge Lawrence K. Karlton, in Courtroom 4 on the 15th floor of the United States Courthouse, at 501 I Street, Sacramento, California, then and there to show why he should not be held in contempt, and jailed and subjected to coercive and compensatory monetary sanctions, until he complies with the summons enforcement Order filed November 12, 2008.

It is SO ORDERED.

DATED: February 20, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

santos.osc.amd